IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| MYRON J. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:09-CV-447-ID |
| | ) |
| CITY OF MONTGOMERY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

_____

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #6) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #6) of the Magistrate Judge is ADOPTED. The complaint, pursuant to 42 U.S.C. § 1983, is DISMISSED due to Plaintiff's failure to obey the orders of the Court or otherwise prosecute this action. A separate judgment will be entered.

DONE this 30th day of July, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE